UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,     CRIMINAL NO. 18-CR-20328

   Plaintiff,     HON. VICTORIA A. ROBERTS

v.

MARVIN SALAS-VARGAS,

   Defendant.
_____/

## **ORDER OF JUDICIAL REMOVAL**

Upon the application of the United States of America, by Susan E. Fairchild, Assistant United States Attorney, Eastern District of Michigan; upon the Application for, and Factual Allegations in Support of, Judicial Removal; the statements made by the defendant during the plea colloquy on June 28, 2018, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Bolivia and a citizen of Spain.

3. The defendant attempted to enter the United States on April 12, 2018, by crossing the Detroit River in a boat and disembarking at Belle Isle, without being inspected, admitted or paroled by an Immigration Officer.

4. The defendant was convicted in the United States District Court,

Eastern District of Michigan of Count 1 of the Information, charging Improper Entry by Alien, in violation of Title 8, United States Code, Section 1325.

5. The maximum term of imprisonment for a violation of 8 U.S.C. § 1325 (first offense) is 6 months. Given that the defendant has pleaded guilty to Count 1, a violation of Title 8, United States Code, Section 1325, the maximum sentence faced by this defendant is 6 months' imprisonment.

6. The defendant is subject to removal from the United States pursuant to 8 U.S.C. 1227(a)(1)(A) to wit: 8 U.S.C. § 1182(a)(6)(C)(i), as an alien who was inadmissible at the time of admission and because he sought to enter the United States at a location other than designated by the Attorney General.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Spain upon his sentencing, which removal is to be effected upon completion of his term of incarceration.

S/Victoria A. Roberts
United States District Judge

Dated: June 29, 2018